1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10                   **WESTERN DIVISION**
11

12  SHANI MABIN,                    )    No. CV 03-8238-CW
                                    )
13              Plaintiff,          )    JUDGMENT
                                    )
14          v.                      )
                                    )
15  JO ANNE B. BARNHART,            )
    Commissioner, Social Security   )
16  Adminstration,                  )
                                    )
17              Defendant.          )
    _____)
18

19      **IT IS ADJUDGED** that this action is remanded to defendant for

20  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21  and consistent with the accompanying Decision and Order.

22

23  DATED: November 28, 2005

24

25                              ___/s/_____
                                   CARLA M. WOEHRLE
26                              United States Magistrate Judge

27

28